# EXHIBIT B

# US 11403932 B2 Verna vs AlertMedia

# U.S. Patent No. 11,403,932

## US11403932B2
United States

 Download PDF      Find Prior Art      Similar

**Inventor:** Anthony Verna, Luis M. Ortiz, Kermit D. Lopez

**Current Assignee :** Verna IP Holdings LLC

### Worldwide applications

### Application US16/985,041 events

| Date | Event |
|---|---|
| 2011-05-24 | Priority to US201161489621P |
| 2011-12-13 | Priority to US13/324,118 |
| 2012-01-30 | Priority to US13/361,409 |
| 2015-02-27 | Priority to US14/633,709 |
| 2016-08-01 | Priority to US15/224,930 |
| 2017-11-27 | Priority to US15/822,600 |
| 2019-04-01 | Priority to US16/371,595 |
| **2020-08-04** | **Application filed by Verna IP Holdings LLC** |
| 2020-08-04 | Priority to US16/985,041 |
| 2021-01-21 | Publication of US20210020014A1 |
| 2022-08-02 | Application granted |
| 2022-08-02 | Publication of US11403932B2 |
| Status | Active |
| 2032-06-18 | Adjusted expiration |

# Related Products

- The following chart is based on the review of AlertMedia's web site.



Protect Your People. Protect Your Business. - AlertMedia

3

# US 11,403,932 Claim 18

18. A method for providing instant emergency voice alerts to wireless hand held device users in a specified region, the method comprising:

determining an emergency situation affecting a specified region and requiring emergency notification of the emergency situation to wireless hand held device users in the specified region;

generating and converting a text message indicative of the emergency situation into a digitized voice alert; and

transmitting the digitized voice alert through specific towers of a cellular communications network in the specified region for distribution of an emergency announcement about the emergency situation provided by the digitized voice alert to at least one wireless hand held device in communication with the specific towers of the cellular communications network in the specified region.

# US 11,403,932 Claim 18

| | |
|---|---|
| 18. A method for providing instant emergency voice alerts to wireless hand held device users in a specified region, the method comprising: | For example, using AlertMedia, **voice alerts are provided** to **wireless devices** in emergency situations. |



Protect Your People. Protect Your Business. - AlertMedia

# US 11,403,932 Claim 18

| | |
|---|---|
| determining an emergency situation affecting a specified region and requiring emergency notification of the emergency situation to wireless hand held device users in the specified region; | For example, using AlertMedia, emergency situations are provided as voice alerts to **wireless devices** about the **emergency situations.** |



Any Device, Anywhere

Whatever device you are using, AlertMedia provides you with a unified emergency notification system to get notifications out to your people within seconds.

[Message from AlertMedia](#)

Your emergency mass notification software should deliver an incredibly simple and intuitive user experience and provide you the tools required to stay informed and reach your people during a critical event. Here are four ways to take your emergency notifications to the next level.

https://www.alertmedia.com/blog/emergency-notifications-to-a-massive-audience-four-keys-to-success/

7

# US 11,403,932 Claim 18

| generating and converting a text message indicative of the emergency situation into a digitized voice alert; and | For example, using AlertMedia, voice alerts can be generated by converting a text message that is reporting an emergency situation. |

**Multi-Channel notifications**

When sending notifications from your mass notification system, it's essential to have the ability to send communications through multiple channels – text, email, phone, app push notifications, social media, and custom channels. By utilizing a wide variety of notification channels, you can have peace of mind that users see urgent messages whether they're on the go or at their desks.

https://www.alertmedia.com/blog/what-you-need-to-succeed-with-a-mass-notification-system/

**Multichannel messaging** – Emergency notification system vendors help you deliver messages that are more important than email. When your people must receive the notification, you'll need to send your notification over multiple communication channels simultaneously. What channels make sense for your audience(s)? At a minimum, demand that your vendor offers simple ways to communicate across text/SMS, voice call, mobile applications, email, desktop alerts, and social channels—all with a few clicks.

https://www.alertmedia.com/emergency-notification-system-vendors/

8

# US 11,403,932 Claim 18

| | |
|---|---|
| transmitting the digitized voice alert through specific towers of a cellular communications network in the specified region for distribution of an emergency announcement about the emergency situation provided by the digitized voice alert to at least one wireless hand held device in communication with the specific towers of the cellular communications network in the specified region. | For example, Using AlertMedia, voice alerts announcing an emergency situation, can be transmitted through a city's cell tower to a wireless device . |

**Leveraging Smartphones to Improve Emergency Communications**

AlertMedia's emergency notification app delivers enterprise mass notification features and audience engagement tools right to your mobile phones. As an administrator, you can send notifications to thousands of people within seconds from your phone, keeping those people safe and informed during critical events. Using the emergency alert app allows your people to share their locations, initiate requests for help, and reply to your messages—improving your ability to monitor their well-being.

You need an emergency notification system that provides both web and mobile access. While web applications are convenient and easily accessed through a web browser, there will be times when you're traveling, or when your computer systems go down, and you'll require access to your emergency mass notification system right from your smartphone. The AlertMedia emergency notification app brings administrators incredible power in an easy-to-use mobile interface.

Use AlertMedia's emergency notification app to reach any audience, anywhere in the world.

https://www.alertmedia.com/emergency-notification-app/