| | |
|---|---|
| **From:** | Tina Hueske |
| **To:** | ATX Process, LLC |
| **Cc:** | LitigationParalegals |
| **Subject:** | Verna IP v Alert Media |
| **Date:** | Wednesday, September 20, 2023 10:09:00 PM |
| **Attachments:** | Complaint for Service_Verna v. Alert Media.pdf |
| | image001.png |

Please serve.

Thank you.

Tina Hueske
Litigation Paralegal



5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Phone: (713) 426-3923 x606

This communication is CONFIDENTIAL and may be privileged. If you are not the intended recipient, please notify me immediately and delete this message. Further disclosure or copying of any portion of this message is unauthorized.