| | |
|---|---|
| **From:** | Philip Brown |
| **To:** | William Ramey; David Conrad |
| **Cc:** | Neil McNabnay; Linda Saltiel; LitigationParalegals |
| **Subject:** | RE: Activity in Case 6:21-cv-00422-ADA Verna IP Holdings, LLC v. Alert Media, Inc. Order on Motion to Dismiss |
| **Date:** | Wednesday, September 20, 2023 6:28:52 PM |
| **Attachments:** | image001.png |

Counsel,

According to FRCP 4(m), Verna must get permission of the court to serve the complaint after the 90 day deadline.

Best,
Philip

**Philip Brown** :: Fish & Richardson P.C. :: 214 292 4042

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Tuesday, September 19, 2023 5:14 PM
**To:** David Conrad <Conrad@fr.com>; Philip Brown <pgbrown@fr.com>
**Cc:** Neil McNabnay <McNabnay@fr.com>; Linda Saltiel <lsaltiel@rameyfirm.com>; LitParalegals@rameyfirm.com
**Subject:** RE: Activity in Case 6:21-cv-00422-ADA Verna IP Holdings, LLC v. Alert Media, Inc. Order on Motion to Dismiss

Hi David,

This is the third time I have reached out. Will Alert accept service?  We will seek our fees under 4(m) if we must serve the case.

Thanks,

Bill

**From:** William Ramey
**Sent:** Wednesday, September 13, 2023 4:17 PM
**To:** David Conrad <Conrad@fr.com>; Philip Brown <pgbrown@fr.com>
**Cc:** Neil McNabnay <McNabnay@fr.com>; Linda Saltiel <lsaltiel@rameyfirm.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Subject:** RE: Activity in Case 6:21-cv-00422-ADA Verna IP Holdings, LLC v. Alert Media, Inc. Order on Motion to Dismiss

Hi David,

Can I expect a response?

Bill

---

**From:** William Ramey
**Sent:** Tuesday, September 12, 2023 12:05 PM
**To:** David Conrad <Conrad@fr.com>; Philip Brown <pgbrown@fr.com>
**Cc:** Neil McNabnay <McNabnay@fr.com>; Linda Saltiel <lsaltiel@rameyfirm.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Subject:** RE: Activity in Case 6:21-cv-00422-ADA Verna IP Holdings, LLC v. Alert Media, Inc. Order on Motion to Dismiss

Hi David,

In response to your motion to dismiss, will you accept service?  We can agree to extend your response time.

Let me know when we can meet and confer on this.

Bill

William P. Ramey, III



5020 Montrose Bvd., Suite 800
Houston, Texas 77006
(713) 426-3923
(832) 900-4941 (facsimile)

This communication is CONFIDENTIAL and may be privileged. If you are not the intended recipient, please notify me immediately and delete this message. Further disclosure or copying of any portion of this message is unauthorized.