IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **VERNA IP HOLDINGS, LLC,** | |
| Plaintiff, | C.A. No. 6:23-cv-00373-ADA |
| v. | **JURY TRIAL DEMANDED** |
| **ALERT MEDIA, INC.,** | |
| Defendant. | |

**DEFENDANT ALERT MEDIA, INC.'S RULE 12(b)(5) MOTION TO DISMISS FOR INSUFFICIENT SERVICE**

Alert Media, Inc. ("Alert Media") hereby moves the Court to dismiss this case for invalid service of process under Rule 12(b)(5). FED. R. CIV. P. 12(b)(5).

When a Plaintiff fails to comply with Rule 4, a defendant may seek to dismiss the plaintiff's claims under Rules 12(b)(4) and Rule 12(b)(5). *See generally* FED. R. CIV. P. 12. Rule 12(b)(5) enables the defendant to attack the manner in which service was attempted. FED. R. CIV. P. 12(b)(5). "[T]o achieve proper service for purposes of Rule 12(b)(5), a party must follow the requirements of Rule 4 of the Federal Rules of Civil Procedure." *Washington v. VIA Metro. Transit*, No. SA18CA316FBHJB, 2018 WL 11355135 (W.D. Tex. Nov. 1, 2018), *report and recommendation adopted*, No. CV SA-18-CA-316-FB, 2018 WL 11355102 (W.D. Tex. Dec. 7, 2018) (quoting *Rhodes v. J.P. Sauer & Sohn, Inc.*, 98 F. Supp. 2d 746, 748–49 (W.D. La. 2000)).

The factual background leading to this Motion is explained in detail in Alert Media's previous motion to dismiss. (*See* Dkt. 7.) Plaintiff filed a Complaint on May 16, 2023 and failed to attempt service before the 90 day deadline on August 14, 2023. (Dkt. 7 at 1.) Plaintiff never responded to that motion, and it is consequently unopposed. (Dkt. 10 at 2.) Following Alert

1

Media's previous motion to dismiss, Plaintiff attempted to formally serve Alert Media (September 22, 2023) and serve counsel for Alert Media (September 12, 2023). Both of these attempts were well beyond the 90-day service deadline of Rule 4(m), and Plaintiff never received permission from this Court to extend the time for service. Consequently, Plaintiff's service attempts are insufficient, and this Court should dismiss the Complaint under Rule 12(b)(5).

Dated: October 13, 2023

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Neil J. McNabnay*
    Neil J. McNabnay
    mcnabnay@fr.com
    Texas Bar No. 24002583
    David B. Conrad
    conrad@fr.com
    Texas Bar No. 24049042
    Philip G. Brown
    pgbrown@fr.com
    Texas Bar No. 24132695

    1717 Main Street, Suite 5000
    Dallas, Texas 75201
    (214) 747-5070 (Telephone)
    (214) 747-2091 (Facsimile)

**ATTORNEYS FOR DEFENDANT ALERT MEDIA, INC.**

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that a true and correct copy of the above and foregoing document has been served on October 13, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Neil J. McNabnay*
Neil J. McNabnay
