# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VERNA IP HOLDINGS, LLC,<br>    Plaintiff,<br><br>v.<br><br>ALERT MEDIA, INC.,<br>    Defendant. | Civil Action No. 6:23-cv-00373-ADA |

## MOTION FOR ENTRY OF SCHEDULING ORDER

Verna IP Holdings, LLC ("Verna") respectfully requests entry of the attached agreed scheduling order for this case. Plaintiff and Defendants conferred on November 17 and 20, 2023 and are in agreement on the dates in the attached scheduling order. The Order for this Motion is the Agreed Scheduling Order.

    Sincerely,

    **Ramey LLP**

    */s/ William P. Ramey, III*
    William P. Ramey, III
    Texas Bar No. 24027643
    5020 Montrose Blvd., Suite 800
    Houston, Texas 77006
    (713) 426-3923 (telephone)
    (832) 900-4941 (fax)
    wramey@rameyfirm.com

    *Attorneys for Verna IP Holding, LLC*

1

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with counsel for Defendants on November 17 and 20, 2023 and Defendant is opposed to the entry of this scheduling order.

*/s/ William P. Ramey, III*
William P. Ramey, III

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of November 22, 2023, with a copy of the foregoing via ECF filing.

*/s/ William P. Ramey, III*
William P. Ramey, III