# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VERNA IP HOLDINGS, LLC,<br>　　　Plaintiff,<br><br>v.<br><br>ALERT MEDIA, INC.,<br>　　　Defendant. | Civil Action No. 6:23-cv-00373-ADA |

## OPPOSED MOTION FOR ENTRY OF SCHEDULING ORDER

Verna IP Holdings, LLC ("Verna") respectfully requests entry of the attached opposed scheduling order for this case. Plaintiff and Defendant conferred on November 17 and 20, 2023 regarding the dates, but Alert Media, Inc. opposes the entry of the attached scheduling order in view of its pending motion to dismiss for improper service. (Dkt. 11.) The Order for this Motion is the Opposed Scheduling Order.

Sincerely,

**Ramey LLP**

*/s/ William P. Ramey, III*
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for Verna IP Holding, LLC***

1

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Defendants on November 17 and 20, 2023 and Defendant is opposed to the entry of this scheduling order.

*/s/ William P. Ramey, III*
William P. Ramey, III

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of November 27, 2023, with a copy of the foregoing via ECF filing.

*/s/ William P. Ramey, III*
William P. Ramey, III