STATE OF NEW MEXICO

# MAGGIE TOULOUSE OLIVER

SECRETARY OF STATE

## Certificate of Dissolution

OF

VERNA IP HOLDINGS, LLC

4457362

The Office of the Secretary of State certifies that the Articles of Dissolution, duly signed and verified pursuant to the provisions of the

Limited Liability Company Act                53-19-1 to 53-19-74 NMSA 1978

have been received and are found to conform to law. Accordingly, by virtue of the authority vested in it by law, the Office of the Secretary of State issues this Certificate of Dissolution and attaches hereto a duplicate of the Articles of Dissolution.

Dated:  October 22, 2023

In testimony whereof, the Office of the Secretary of State has caused this certificate to be signed on this day in the City of Santa Fe, and the seal of said office to be affixed hereto.

**Maggie Toulouse Oliver**
Secretary of State